THE STATE OF OHIO, APPELLEE, *v.* KRUZE, APPELLANT.

(No. 72-11—Decided May 2, 1973.)

Mr. *John T. Corrigan,* prosecuting attorney, and *Mr. Harvey R. Monck,* for appellee.

*Messrs. Kahn, Kleinman, Yanowitz & Arnson* and *Mr. Bernard J. Stuplinski,* for appellant.

70

*Per Curiam.* By reason of the holding and mandate of the Supreme Court of the United States in *Roe* v. *Wade* (1973), 410 U. S. , 35 L. Ed. 2d 147, *which we are required to follow*, the judgment of the Court of Appeals must be reversed. The judgment is, therefore, reversed.

*Judgment reversed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, W. BROWN and P. BROWN, JJ., concur.
CELEBREZZE, J., dissents.